FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2016 SEP 30 PM 12: 28

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

ERNIE GALARZA,

**Plaintiff,**

v.

CASE NO.:

3:16-cv-1251-J-32JRK

GREENWAY AUTOMOTIVE, INC.
d/b/a WESTSIDE NISSAN,

**Defendant.**

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, ERNIE GALARZA, by and through undersigned counsel, brings this action against Defendant, GREENWAY AUTOMOTIVE, INC. d/b/a WESTSIDE NISSAN, and in support of his claims states as follows:

### JURISDICTION AND VENUE

1. This is an action for damages for violations of the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C § 621 et seq.

2. Venue is proper in this Court, because all of the events giving rise to these claims occurred in this judicial district.

### PARTIES

3. Plaintiff is a resident of Berkshire County, Florida.

4. Defendant operates a car dealership in Jacksonville, in Orange County, Florida.

5. Defendant is an "employer" within the meaning the ADEA.

### GENERAL ALLEGATIONS

6. Plaintiff has satisfied all conditions precedent, or they have been waived.

7. Plaintiff has hired the undersigned attorneys and agreed to pay them a fee.

8. Plaintiff requests a jury trial for all issues so triable.

9. At all times material hereto, Plaintiff was an "employee" of Defendant within the meaning of the ADEA.

10. At all times material hereto, Defendant employed twenty (20) or more employees. Thus, Defendant is an "employer" within the meaning of the ADEA.

## FACTS

11. Plaintiff began working for Defendant on November 2013 as a general manager, and worked in this capacity until on or about June 14, 2015.

12. Plaintiff is 62 years of age.

13. Plaintiff performed the job for which he was hired in satisfactory manor.

14. On or about June 14, 2015, Defendant terminated Plaintiff's employment.

15. After Plaintiff's termination, Defendant replaced Plaintiff with a less qualified individual who was 45 years old.

16. Plaintiff's employment was terminated by Defendant because of his age.

## COUNT I – ADEA VIOLATION

17. Plaintiff realleges and readopts the allegations of paragraphs 1 through 15 of this Complaint, as though fully set forth herein.

18. As an individual who is over forty years of age, Plaintiff is a member of a protected class under the ADEA.

19. Plaintiff was subjected to disparate treatment based on his age, including being terminated by Defendant.

20. Defendant's actions were willful and done with malice.

21. Plaintiff was injured due to Defendant's violations of the ADEA, for which Plaintiff is entitled to legal and injunctive relief.

**WHEREFORE**, Plaintiff demands:

a) A jury trial on all issues so triable;

b) That process issue and that this Court take jurisdiction over the case;

c) An injunction restraining continued violation of the ADEA;

d) Compensation for lost wages, benefits, and other remuneration;

e) Reinstatement of Plaintiff to a position comparable to his prior position with back pay plus interest, or in the alternative, front pay;

f) Liquidated damages in an amount equal to Plaintiff's total damages;

g) Prejudgment interest on all monetary recovery obtained.

h) All costs and attorney's fees incurred in prosecuting these claims; and

i) For such further relief as this Court deems just and equitable.

## JURY TRIAL DEMAND

Plaintiff demands trial by jury as to all issues so triable.

Dated this 27th day of September, 2016.

Respectfully submitted,

_____
**LUIS A. CABASSA**
Florida Bar Number: 0053643
**Wenzel Fenton Cabassa, P.A.**
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Main Number: 813-224-0431
Direct Dial: (813) 379-2565
Facsimile: 813-229-8712
Email: lcabassa@wfclaw.com
Email: twells@ wfclaw.com
**Attorneys for Plaintiff**