UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERNIE GALARZA,

    Plaintiff,

v.                                      Case No.   3:16-cv-1251-J-32JRK

GREENWAY AUTOMOTIVE, INC.,

    Defendant.

## O R D E R

Upon review of Notice of Voluntary Dismissal With Prejudice (Doc. 13), filed on April 25, 2017, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 25th day of April, 2017.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies:

Counsel of record